IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FRESH FROM THE GARDEN LLC *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00236-SB<br><br>**ORDER OF DISMISSAL** |

Plaintiff United States Specialty Insurance Company ("Plaintiff") filed this action on February 15, 2022, against several defendants. On June 14, 2022, Plaintiff filed a stipulated motion to dismiss defendant Ellen Nichols. The Court GRANTS Plaintiff's unopposed motion to dismiss (ECF No. 23), and dismisses defendant Ellen Nichols from this action without prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

DATED this 15th day of June, 2022.

*Stacie F. Beckerman*
———————————————
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER OF DISMISSAL